2
HHN

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) CARLOS DAGLE

V.

Defendant(s) A.B.M.

Case No. 08cv597
JUDGE DOW
MAG. JUDGE BROWN

FILED
1-28-2008
JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, CARLOS A. DAGLE, declare that I am the (check appropriate box)
   [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

   I declare under penalty that the foregoing is true and correct.

X _____  X 9400 S. LAFAYETTE AVE.
Movant's Signature              Street Address

X 1-28-08                       X CHICAGO, IL. 60620
Date                            City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

1-28-08

To whom it may concern,

That's the lawyers I've been through, But I can't afford it.

1. ARTHUR R. EHRLICH
   19 S. LA SALLE ST
   CHICAGO, IL 60603
   TEL # (312) 332-6733

2. STEVEN G WATKINS
   609 E 75TH ST.    TEL # (773) 846-0011
   CHICAGO, IL. 60619

3. KENNETH B GORE
   39 S. LA SALLE ST.
   CHICAGO, IL. 60603
   TEL # (312) 263-7560

4. NEIL KAUFFMAN
   1944 W. CHICAGO AVE.
   CHICAGO, IL. 60622
   TEL # (773) 384-6299

Respectfully yo.

A. Doyle
Anthony L.

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

To ACE
From MARK E DUNN
Date 2-19-07
RE THEFT INVESTIGATION RIVER EAST PLAZA

Pg # 1 of 3

Received email on 2-19-07 from Lori Schreiber (MCL Management River East Plaza) stating that she needed to speak with me regarding serious issue with staffing. I called her later that day and she explained that it was reported to her on 2-16-07 that a bunch of scrap copper pipe was missing from a secured construction store room. She reviewed the building security tapes and it showed 2 maintenance employees (John McMahon + Carlos Ortega) removing the scrap.

I then called Irina to get advise and she advised me to get security report, view the tapes and interview the 2 employees.

On 2-21-07 I viewed the tapes it shows at 16:00 hrs (4pm) Carlos + John at the Post 2 security desk looking at the building security camera's. It then shows them leaving Post 2 then appearing in the sub level going thru the door that leads to the secured construction store room. It then shows both of them removing the scrap. It doesn't show anything after that.

(1)

Pg 2 of 3

ON 2-21-07 I INTERVIEWED CARLOS + JOHN CARLOS STATED HE DIDN'T KNOW WHY I WAS ASKING HIM QUESTIONS ABOUT THE SCRAP. HE STATED HE KNEW NOTHING OF A THEFT AND HE WAS HELPING HIS SUPERVISOR AND FOLLOWING DIRECTIONS TO GIVE HIS ASSISTANCE. I ASKED WHERE THEY MOVED IT TO AND HE SAID TO CARPENTER SHOP BAY 3, BUT THIS WOULD BE IMPOSSIBLE BECAUSE THIS WOULD HAVE BEEN PICKED UP BY ANOTHER CAMERA. HE SAYS IF HE WAS GOING TO STEAL HE WOULD HIDE AND WEAR A DISGUISE. HE IS SMART ENOUGH TO KNOW THAT CAMERAS CAN SEE THEM AROUND BUILDING.

I THEN TOLD HIM HE WAS SUSPENDED WITHOUT PAY PENDING FURTHER INVESTIGATION WHICH COULD LEAD TO TERMINATION. HE ASKED FOR A LETTER OR REPORT FROM ME. I TOLD HIM I AM JUST INVESTIGATING NOW AND THAT SOME ONE WILL GET IN TOUCH WITH HIM SHORTLY.

I THEN INTERVIEWED JOHN, JOHN SAT DOWN PUT HIS KEYS ON THE TABLE AND SAID NO NEED TO GO THREW THE Q+A's HE DID IT. IT WAS A JOKE GONE BAD AND HE USED POOR JUDGEMENT. HE SAID SCRAP WAS STILL IN BUILDING I ASKED HIM TO SHOW RACK (HIS SUPERVISOR) HE DID. HE ALSO ADMITTED THAT HE CUT IT UP INTO SMALLER PIECES. HAD NOT EXPLANATION AS TO WHY.

MAR-07-2007 16:25     TALX CORPORATION                                  8008799903    P.014
03/06/2007 15:02    16306631077            ABM LISLE
                                                                                 PAGE 14/16
03/06/2007 14:41    3125418307        ABM LAKESIDE
                                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                           pg# 3 of 3

He also said he told the construction manager on Monday that he had it and it was payment (pay back) for when John retrieved his keys for him that fell down thru elevator shaft. But he never returned it until after I questioned him. Raul returned it. John claims that he and the construction manager had a joking relationship and that they both would play jokes on each other. In the 2 reports filed by Nick (construction manager) it is not mentioned of the joking relationship. Also that Carlos had nothing to do with it. Carlos didn't know John's intentions.

At end of conversation I told him he was suspended without pay pending investigation which could lead to termination. He said he understood and that he accepts whatever punishment is given.

Both employees left the building without incident and they both were told not to return until directed to.

(13)

_Mark E. R_____
District Manager.