08cv597
JUDGE DOW
MAG. JUDGE BROWN

**FILED**
JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### PRO SE LITIGANTS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Carlos G. Dagle_
(Please print)

STREET ADDRESS: _9400 S. Lafayette Ave._

CITY/STATE/ZIP: _Chicago, IL 60620_

PHONE NUMBER: _(773) 895-3087_

CASE NUMBER: _____

_[signature]_                   _1-28-08_
Signature                         Date