## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv597                    Assigned/Issued By: j. n.

Judge Name:                             Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                ☐ Alias Summons
☐ Third Party Summons                    ☐ Lis Pendens
☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            *(Victim, Against and $ Amount)*
☐ Writ _____              ☐ Other
        *(Type of Writ)*                 _____
                                         _____
                                         *(Type of issuance)*

__1__ Original and __1__ copies on __6-19-08__ as to __defendant_____
                                    *(Date)*
_____
_____