UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

CARLOS G. DAGLE

Case No. 1:08-CV-00597

V.

Defendant(s)

AMERICAN BLOG
MAINTENANCE

*Doctor Documents*

| Allergies as of 8/14/2006 | (No Known Allergies) |
|---|---|
| | Date Reviewed: 8/14/2006 |

### Problem List

| Problem List | Problem | Noted | Resolved |
|---|---|---|---|
| | MIXED HYPERLIPIDEMIA [272.2] | 11/3/2005 by KOGAN, JOSE | No |
| | Combined Hyperlipidemia | | |
| | BENIGN HYPERTENSION [401.1] | 11/3/2005 by KOGAN, JOSE | No |
| | JOINT PAIN-L/LEG [719.46] | 9/5/2006 by MIKHAIL, AMI NICOLE | 10/9/2006 by LAY, PATRICK |

### Visit Summary

| Referring Provider | Jose Kogan |
|---|---|
| Reason for Visit | KNEE PAIN |
| Diagnoses | INT DERANGEMENT KNEE NOS [717.9] - Primary<br>JOINT EFFUSION-L/LEG [719.06] |
| Visit Notes | CHAE, CHANEL H  8/14/2006  12:03 pm<br>Patient c/o knee pain and swelling for months. |

| Vitals - Last Recorded | BP | Pulse | Temp (Src) | Resp |
|---|---|---|---|---|
| | 120/90 | 88 | 97.8 °F (36.6 °C) (Tympanic) | 20 |

**Progress Notes**  PATRICK LAY, MD  Mon Aug 14, 2006  1:42 PM  Signed
S: Patient reports that he has felt better since joint aspiration last month but he has occ flare up of pain and swelling of his left knee.
He dates his symptoms to June. He had been painting low fences on his knees at his maintenance job in May. he had been having pain in his left knee then. One Saturday in June he was using his shovel and pushing a pipe into the ground. he felt sudden in the left knee and he had to kneel and had to be helped by his coworkers. the next day he went to Glenbrook ER.

O: Blood pressure 120/90, pulse 88, temperature 97.8, temperature source Tympanic, resp. rate 20.
Genl: AAO, in NAD
no pallor
anicteric
no cervical LNs
left knee mild swelling
no erythema.
no tenderness.
Pain on ROM of left knee.

CBC:
WBC     8.4     04/11/2005
RBC     5.58    04/11/2005
HGB     17.3    04/11/2005
HCT     51.7    04/11/2005
PLT     264     04/11/2005

BMG:
GLU     106     06/06/2006
NA      138     06/06/2006

CASE NO.
1:08-CV-00597



## Medical Group

Jose Kogan, M.D., F.A.C.P.
Internal Medicine
ENH Old Orchard Medical Office
9977 Woods Drive
Skokie, Illinois 60077
(847) 663-8350
(847) 663-1017 fax

June 14, 2006

To Whom It May Concern;
Carl Dagle is my patient was seen at my office today about his knee problem. he will be able to return to work on Tuesday , June 20th without restrictions.

If you have any questions please feel free to call me.

Most sincerely,

Jose Kogan, MD, F.A.C.P.

```
                                    Receipt Number:     1683811
                                    Date:          06/14/2006


                       COPAY RECEIPT



                            ENH
               Internal Medicine Old Orchard
                  9977 Woods Dr  1st Floor
                     SKOKIE, IL 60007
          Phone       847-663-8350


       DAGLE, CARL              Provider: KOGAN, JOSE
       DAGLE, CARL              Acct #:    516584
       Credit Card              Amount:    $25.00
       MC 010720

      ved By: JC                Cashier Signature:

Term ID:    EC6504              Wed Jun 14, 2006 11:07 AM
```

```
                                        Receipt Number:   1680314
                                        Date:             06/12/2006


                         COPAY RECEIPT



                              ENH
                  Internal Medicine Old Orchard
                      9977 Woods Dr  1st Floor
                          SKOKIE, IL 60007
                  Phone      847-663-8350
```

| | | | |
|---|---|---|---|
| Patient: | DAGLE, CARL | Provider: | KOGAN, JOSE |
| Guarantor: | DAGLE, CARL | Acct #: | 516584 |
| Pmt Source: | CASH | Amount: | $25.00 |
| Ref/Check | | | |

Payment Received By: JC            Cashier Signature:

Term ID:    EC6504                 Mon Jun 12, 2006 11:56 AM



## Medical Group

Jose Kogan, M.D., F.A.C.P.
Internal Medicine
ENH Old Orchard Medical Office
9977 Woods Drive
Skokie, Illinois 60077
(847) 663-8350
(847) 663-1017 fax

June 11 2006

Carl Dagle continuesw with severe pain and swelling of the left knee Undetermined day of return until further notice

Thanks

Most sincerely,

Jose Kogan, MD, F.A.C.P.