UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARLOS DAGLE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 cv 597 |
| | ) | Judge Dow |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| AMERICAN BUILDING MAINTENANCE CO., | ) ) | |
| | ) | |
| Defendant. | ) | |

**Disclosures Pursuant to Rule 7.1 and Local Rule 3.2**

Defendant ABM Janitorial-Midwest, Inc., pursuant to Rule 7.1 and Local Rule 3.2 hereby states as follows:

1. ABM Janitorial-Midwest, Inc. is a wholly own subsidiary of ABM Janitorial Inc. ABM Janitorial Inc. is in turn a wholly owned subsidiary of ABM Industries Incorporated, which is public held.

2. Each of the following entities holds at least 5% of the stock of ABM Industries:

   Franklin Resources, Inc.;

   Kayne Anderson Rudnick Investment Management LLC; and,

   Wells Fargo & Company.

3. American Building Maintenance Co., the entity improperly named as the Defendant, was once a California Corporation but no longer exists.

Dated: July 17, 2008

Respectfully submitted,

ABM JANITORIAL – MIDWEST, INC.

By: /s Robert T. Zielinski
    Robert T. Zielinski
    Leigh M. Callander
    Attorneys for Defendant
    Miller, Canfield, Paddock and Stone, P.L.C.
    225 W. Washington, Suite 2600
    Chicago, IL 60606
    Telephone: (312) 460-4216

**Certificate of Service**

      I, Robert T. Zielinski, hereby certify that on July 17, 2008, I caused a copy of the foregoing **Disclosures Pursuant to Rule 7.1 and Local Rule 3.2** to be served upon counsel for the Plaintiff by electronically filing it with the Clerk of the Court by using the CM/ECF System, which will send notification of such filing, and via U.S. Mail, to the following party:

      **Mr. Carlos Dagle**
      **9400 South Lafayette Avenue**
      **Chicago, IL 60620**

                                      /s Robert T. Zielinski