## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARLOS DAGLE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 cv 597 |
| | ) | Judge Dow |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| AMERICAN BUILDING MAINTENANCE CO., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   See Attached Certificate of Service

   Please take notice that on July 17, 2008, we caused to be filed with the U.S. District Court for the Northern District of Illinois, Eastern Division, this **NOTICE OF FILING** and attached **DEFENDANT'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES and DISCLOSURES PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2.**

Dated:  July 17, 2008          Respectfully submitted,

                  ABM JANITORIAL – MIDWEST, INC.


                  By:  /s Robert T. Zielinski
                     Robert T. Zielinski
                     Leigh M. Callander
                     Attorneys for Defendant
                     Miller, Canfield, Paddock and Stone, P.L.C.
                     225 W. Washington, Suite 2600
                     Chicago, IL 60606
                     Telephone:  (312) 460-4216

1

**Certificate of Service**

  I, Robert T. Zielinski, hereby certify that on July 17, 2008, I caused a copy of the foregoing **NOTICE OF FILING** and attached **DEFENDANT'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES and DISCLOSURES PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2**, to be served upon counsel for the Plaintiff by electronically filing it with the Clerk of the Court by using the CM/ECF System, which will send notification of such filing, and via U.S. Mail, to the following party:

    **Mr. Carlos Dagle**
    **9400 South Lafayette Avenue**
    **Chicago, IL 60620**


      By: /s Robert T. Zielinski

2