# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Carlos G. Dagle

                     Plaintiff,

v.                                               Case No.: 1:08−cv−00597

                                                      Honorable Robert M. Dow Jr.

American Bldg. Maintenance

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 8/4/2008. Plaintiff is given leave to file an Amended Complaint naming proper defendant by 8/18/08. Joint status report to be filed by 9/5/08. Status hearing set for 9/9/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.