

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) - CARLOS DAGLE

Case No.  08 cv 00597

V.

Defendant(s)  AMERICAN BUILDING
MAINTENANCE CO.

**AMENDED COMPLAINT**

FILED
AUG 0 4 2008 TC
Aug 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) PERFORMING JOB IN A SATISFACTORY MANNER
2) FALSELY ACCUSED OF STEALING COPPER
3) DID NOT STEAL COPPER
4) DEFENDANT (ABM JANITORIAL — MIDWEST, INC.) COULD NOT HAVE REASONABLY BELIEVED THAT PLAINTIFF STOLE COPPER
5) DEFENDANT ADMITTED THAT IT KNEW THAT PLAINTIFF DID NOT STEAL ANY COPPER
6) DEFENDANT MADE FALSE ALLEGATION AS A PRETEXT FOR DISCRIMINATON

ADDITIONAL COUNT

1) PLAINTIFF CLAIMS HE WAS FIRED IN RETALIATION FOR FILING A W/C CLAIM
2) PLAINTIFF WAS INJURED ON THE JOB IN NOV 2ND 2005 AND JUN 6TH 2006, UNDERWENT SURGERY ON SEPT 11TH 2006, THEN FILED A W/C CLAIM
3) AFTER RETURNING TO WORK, PLAINTIFF WAS HARASSED BY DEFENDANT BECAUSE HE FILED THE W/C CLAIM
4) PLAINTIFF'S W/C CLAIM IS STILL PENDING

- NOTE: AMERICAN BUILDING MAINTENANCE CO. IS NOW ABM JANITORIAL MIDWEST, INC.

SIGNED

8-04-08
DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) - CARLOS DAGLE

Case No. 08 cv 00597

V.

Defendant(s) - AMERICAN BUILDING MAINTENANCE CO.

## AMENDED COMPLAINT

- AMERICAN BUILDING MAINTENANCE CO. SHOULD BE CHANGED TO:

ABM JANITORIAL - MIDWEST, INC.

_[signature]_
SIGN

8-04-08
DATE