



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: MR CARLOS G. DAGLE

FIRM:

STREET ADDRESS: 12109 S LOWE AVE

CITY/STATE/ZIP: CHICAGO, IL 60628

PHONE NUMBER:

**FILED**
AUG 0 4 2008 T.C
Aug 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ARDC NO. (If Member of Illinois State Bar):

☐ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided:

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 CV 00597 | | ROBERT M DOW JR |
| | | |
| | | |
| | | |

Attorney's Signature: PRO SE

Date: 8-04-08

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604