**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 cv 597 |
|---|---|
| Carlos Dagle, Plaintiff <br> v. <br> American Building Maintenance Co., Defendant | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ABM JANITORIAL - MIDWEST, INC.

| | |
|---|---|
| NAME (Type or print) <br> Leigh M. Callander | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Leigh M. Callander | |
| FIRM <br> Miller Canfield Paddock and Stone, P.L.C. | |
| STREET ADDRESS <br> 277 South Rose Street, Suite 5000 | |
| CITY/STATE/ZIP <br> Kalamazoo, MI  49007 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6285862 | TELEPHONE NUMBER <br> (269) 388-6810 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |